UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 2 7 2016

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| DAVID TABARES-TRUJILLO | § | **16 CR 0163** |
| aka David Tavares | § | |
| OSVALDO GARCIA-MARTINEZ | § | |
| aka Fabian | § | |
| aka Arturo Castillo | § | |
| JOSE LUIS MENDOZA | § | |
| aka Pelon | § | |
| JUAN MENDOZA | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

From on or about October, 2014 through December 16, 2015, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**DAVID TABARES-TRUJILLO**
**aka David Tavares**
**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**
**JOSE LUIS MENDOZA**
**aka Pelon**
**JUAN MENDOZA**

and others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally agree, conspire and confederate with each other to commit an offense defined in Title 21, United States Code, Section 841(a)(1), that is, to possess with intent to distribute a controlled substance. The overall scope of the conspiracy involved 1 kilogram or more of a mixture and substance containing heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

## COUNT TWO

On or about November 15, 2014, in the Houston Division of the Southern District of Texas, the defendants,

**DAVID TABARES-TRUJILLO**
**aka David Tavares**
**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**
**JOSE LUIS MENDOZA**
**aka Pelon**

and others unknown to the Grand Jury, did aid, abet and assist one another, and did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture and substance containing heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about December 3, 2014, in the Houston Division of the Southern District of Texas, the defendants,

**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**
**JOSE LUIS MENDOZA**
**aka Pelon**

and others unknown to the Grand Jury, did aid, abet and assist one another, and did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture and substance containing heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title

18, United States Code, Section 2.

## COUNT FOUR

On or about December 4, 2014, in the Houston Division of the Southern District of Texas, the defendants,

**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**
**JOSE LUIS MENDOZA**
**aka Pelon**

and others unknown to the Grand Jury, did aid, abet and assist one another, and did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance.   This violation involved a mixture and substance containing 100 grams or more of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about December 9, 2014, in the Houston Division of the Southern District of Texas, the defendants,

**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**
**JOSE LUIS MENDOZA**
**aka Pelon**

and others unknown to the Grand Jury, did aid, abet and assist one another, and did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance.   This violation involved a mixture and substance containing heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title

18, United States Code, Section 2.

## COUNT SIX

On or about December 10, 2014, in the Houston Division of the Southern District of Texas, the defendants,

**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**
**JOSE LUIS MENDOZA**
**aka Pelon**

and others unknown to the Grand Jury, did aid, abet and assist one another, and did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture and substance containing heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about December 21, 2014, in the Houston Division of the Southern District of Texas, the defendants,

**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**
**JOSE LUIS MENDOZA**
**aka Pelon**

and others unknown to the Grand Jury, did aid, abet and assist one another, and did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture and substance containing 100 grams or more of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title

18, United States Code, Section 2.

### COUNT EIGHT

On or about January 27, 2015, in the Houston Division of the Southern District of Texas, the defendants,

**DAVID TABARES-TRUJILLO**
**aka David Tavares**
**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**
**JOSE LUIS MENDOZA**
**aka Pelon**

and others unknown to the Grand Jury, did aid, abet and assist one another, and did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture and substance containing 100 grams or more of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### COUNT NINE

On or about March 11, 2015, in the Houston Division of the Southern District of Texas, the defendants,

**DAVID TABARES-TRUJILLO**
**aka David Tavares**
**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**

and others unknown to the Grand Jury, did aid, abet and assist one another, and did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture and substance containing 100 grams or more of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT TEN

On or about May 20, 2015, in the Houston Division of the Southern District of Texas, the defendants,

**DAVID TABARES-TRUJILLO**
**aka David Tavares**
**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**

and others unknown to the Grand Jury, did aid, abet and assist one another, and did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance.   This violation involved a mixture and substance containing heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about June 4, 2015, in the Houston Division of the Southern District of Texas, the defendant,

**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**

and others unknown to the Grand Jury, did aid, abet and assist one another, and did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance.   This violation involved a mixture and substance containing heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TWELVE

On or about August 6, 2015, in the Houston Division of the Southern District of Texas, the defendants,

**DAVID TABARES-TRUJILLO**
**aka David Tavares**
**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**

and others unknown to the Grand Jury, did aid, abet and assist one another, and did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture and substance containing 100 grams or more of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT THIRTEEN

On or about November 19, 2015, in the Houston Division of the Southern District of Texas, the defendants,

**DAVID TABARES-TRUJILLO**
**aka David Tavares**
**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**

and others unknown to the Grand Jury, did aid, abet and assist one another, and did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture and substance containing 100 grams or more of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

On or about December 16, 2015, in the Houston Division of the Southern District of Texas, the defendants,

**DAVID TABARES-TRUJILLO**
**aka David Tavares**
**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**
**JUAN MENDOZA**

and others unknown to the Grand Jury, did aid, abet and assist one another, and did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture and substance containing 1 kilogram or more of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Notice of Criminal Forfeiture

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to defendants:

**DAVID TABARES-TRUJILLO**
**aka David Tavares**
**OSVALDO GARCIA-MARTINEZ**
**aka Fabian**
**aka Arturo Castillo**
**JOSE LUIS MENDOZA**
**aka Pelon**
**JUAN MENDOZA**

that, in the event of conviction of an offense in violation of Title 21, United States Code, Sections 841 or 846, the following is subject to forfeiture:

(1)     all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and

(2)     all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

## Money Judgment

Defendants are notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture.

## Substitute Assets

Defendants are notified that in the event that property subject to forfeiture, as a result of any act or omission of defendants,

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property that cannot be divided without difficulty,

the United States will seek to forfeit any other property of the defendants up to the total value of the property subject to forfeiture pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

Original Signature on File

FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

BY:     _Robert Stabe_

Robert Stabe
Assistant United States Attorney
713-567-9583